UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ATAKAPA INDIAN DE CREOLE NATION | CIVIL ACTION NO. 6:18-cv-00190 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| STATE OF LOUISIANA | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 30) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motions to dismiss for lack of subject matter jurisdiction (Rec. Docs. 16, 25), filed by the State of Louisiana and the United States of America, are **GRANTED**, and the plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**, consistent with the report and recommendation.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this 27th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE